IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

STACEY HILTON,

                Plaintiff,

     vs.

NELNET, SALLIE MAE, NAVIENT,
GREAT LAKES LOAN AGENCY, and
RESURGENT CAPITAL SERVICES,

              Defendants.

**4:21CV3029**

**MEMORANDUM
AND ORDER**

Plaintiff, who has been granted leave to proceed in forma pauperis (Filing 5), has filed a Motion to Change Pro Se Status to Regular Status (Filing 7). Plaintiff is advised that her case will remain on the pro se docket until Plaintiff pays the full amount of the filing fee, which is $402.00. Accordingly,

IT IS ORDERED that Plaintiff's Motion to Change Pro Se Status to Regular Status (Filing 7) is denied for the reason that Plaintiff has not paid the full amount of the filing fee, which is $402.00.

DATED this 1st day of March, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge