IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STACEY HILTON,<br><br>Plaintiff,<br><br>vs.<br><br>NELNET, SALLIE MAE, NAVIENT, GREAT LAKES LOAN AGENCY, and RESURGENT CAPITAL SERVICES,<br><br>Defendants. | 4:21CV3029<br><br>**MEMORANDUM AND ORDER** |

On April 15, 2021, the court ordered Plaintiff to file an amended complaint within 30 days. (Filing 9.) The court warned Plaintiff that "[f]ailure to file an amended complaint within the time specified by the court will result in the court dismissing this case without further notice to Plaintiff." (Filing 9 at CM/ECF p. 3.) To date, Plaintiff has not filed an amended complaint or taken any other action in this case.

IT IS THEREFORE ORDERED:

1. This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

2. Judgment shall be entered by separate document.

DATED this 26th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge