IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STACEY HILTON, | |
| Plaintiff, | 4:21CV3029 |
| vs. | |
| NELNET, SALLIE MAE, NAVIENT, GREAT LAKES LOAN AGENCY, and RESURGENT CAPITAL SERVICES, | ORDER |
| Defendants. | |

IT IS ORDERED that Plaintiff's Motion for Reconsideration (Filing 12) is denied.

DATED this 4th day of August, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge